No. 14,653.

MARTIN *v.* MOUSEL.
(98 P. [2d] 1120)

Decided January 29, 1940.

Judgment affirmed in department without written opinion, Mr. Chief Justice Hilliard, Mr. Justice Otto Bock and Mr. Justice Burke participating.

Mr. GRANBY HILLYER, for plaintiff in error.

Mr. V. H. JOHNSON, for defendant in error.